UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN M. FALGOUT, I | * | CIVIL ACTION |
| VERSUS | * | NO. 23-2177 |
| SOCIAL SECURITY ADMINISTRATION | * | SECTION "T" (2) |

## ORDER

The Court has considered the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and Plaintiff's objection to the Magistrate Judge's Findings and Recommendation (ECF No. 9). The objection merely asks the Court to assist Plaintiff in recovering the sums from the Social Security Administration he claims are owed to him; it does not address in any manner the Magistrate Judge's Findings and Recommendation. The Court hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that that Defendant Kilolo Kijakazi, Acting Commissioner of Social Security's Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 7) is GRANTED and that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Motion for Leave to Proceed in Forma Pauperis (ECF No. 10) is DISMISSED AS MOOT.

New Orleans, Louisiana, this   1st    day of     November    , 2023.

_____
GREG G. GUIDRY
UNITED STATES DISTRICT JUDGE